21, 1898.) Action by James Kealy against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

KEANE et al., Respondents, v. ENGEL et al., Appellants. (Supreme Court, Appellate Term. October 5, 1898.) Action by James R. Keane and another against Gustav Engel and another. Thomas Gilleran, for respondents. M. Bayersdorfer, for appellants.

PER CURIAM. The judgment as to the defendant Johanna Engel should be affirmed, but it must be reversed as to the defendant Gustav Engel, as the evidence is not sufficient to justify the conclusion that he co-operated with his co-defendant in the conversion for which the action was brought. Judgment affirmed, with costs as to the defendant Johanna Engel, and reversed as to the defendant Gustav Engel, and a new trial ordered, with costs to appellant to abide the event.

KEILTY, Respondent, v. TRAYNOR, Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by Michael J. Keilty against Bernard Traynor. W. B. Donihee, for appellant. J. P. Campbell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 52 N. Y. Supp. 550.

KEISTER v. RANKIN. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by George Keister against William Rankin. No opinion. Motion denied, with $10 costs. See 51 N. Y. Supp. 634.

KELLY, Appellant, v. THEISS, Respondent. (Supreme Court, Appellate Term. April, 1898.) Action by Bridget M. Kelly against John Henry Theiss. Arthur J. Westermayr, for appellant. Fromme Bros., for respondent. No opinion. Judgment affirmed, with costs. See 44 N. Y. Supp. 1121, 47 N. Y. Supp. 145, and 53 N. Y. Supp. 261.

KING v. ROSS. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by William Dehon King against Eugenia A. Webster Ross. No opinion. Motion denied. See 50 N. Y. Supp. 1129, 51 N. Y. Supp. 138.

In re KOEHLER. (Supreme Court, Appellate Division, First Department. June 28, 1898.) In the matter of Herman Koehler. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of $10 costs, leave granted to apply to court below to open default.

KOEHLER, Respondent, v. SYRACUSE SPECIALTY MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 18, 1898.) Action by Joseph Koehler, an infant, by guardian, etc., against the Syracuse Specialty Manufacturing Company. No opinion. Judgment and order affirmed, with costs. See 42 N. Y. Supp. 182, 1105.

KUGELMAN, Respondent, v. HIRSCHMAN et al., Appellants. (Supreme Court, Appellate Term. May, 1898.) Action by Moritz Kugelman against Rosa Hirschman and others, impleaded, etc. Hays & Greenbaum, for appellants. Gruber & Bonynge, for respondent. No opinion. Judgment affirmed, with costs. See 49 N. Y. Supp. 1012.

LACS, Appellant, v. JAMES EVERHARD'S BREWERIES, Respondent. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) Action by Samuel Lacs against the James Everhard's Breweries. No opinion. Order reversed, without costs, and motion denied, on the ground that the defendant's laches was too great to permit the granting of the application. All concur, except GOODRICH, P. J., dissenting.

LANGE, Appellant, v. HIRSCH et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by John C. Lange against Henry Hirsch and others. C. E. Locke, for appellant. O. Horwitz, for respondents. No opinion. Order affirmed, without costs.

In re LAUDY. (Supreme Court, Appellate Division, First Department. June 17, 1898.) In the matter of Kate L. Laudy, deceased. P. H. Vernon, for appellant. P. A. Rollins, for respondent. No opinion. Appeal from order of special term dismissed. Order denying motion for new trial, judgment of special term, and decree of surrogate affirmed, with costs, on opinion on previous appeal. See 43 N. Y. Supp. 689.

LESHER v. HAAS. (Supreme Court, Appellate Division, First Department. March Term, 1898.) Action by Arthur L. Lesher against Leopold Haas. No opinion. Motion granted, with $10 costs. See 49 N. Y. Supp. 1139.

LEWIS, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 14, 1898.) Action by John J. Lewis, an infant, by Jeannette L. Lewis, his guardian ad litem, against the Long Island Railroad Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 51 N. Y. Supp. 558.

LEWISOHN et al. v. ANACONDA COPPER-MIN. CO. et al. (Supreme Court, Appellate Division, First Department. June 17, 1898.) Action by Lewisohn Bros., suing, etc., against the Anaconda Copper-Mining Company and others. No opinion. Motion granted. See 50 N. Y. Supp. 263, 51 N. Y. Supp. 1089.

In re LEXINGTON AVE. (Supreme Court, Appellate Division, First Department. June 28, 1898.) In the matter of Lexington avenue, etc. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 342.

LINDENSTEIN, Appellant, v. EQUITABLE LIFE ASSUR. SOC. OF UNITED STATES et al., Respondents. (Supreme Court, Appellate